UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Darwin Almanzar,

                                    Plaintiff,

        — against —

County of Suffolk, John Mercurio, and
Christopher Weiner,

                                    Defendants.

Index No. 23-cv-58

<u>COMPLAINT</u>

JURY TRIAL DEMANDED

## **PARTIES**

1.      Plaintiff Darwin Almanzar is a resident of Lindenhurst, New York.

2.      Defendant John Mercurio is a Suffolk County police officer.

3.      Defendant Christopher Weiner is a Suffolk County police officer.

4.      Defendant County of Suffolk is a municipal corporation in the State
of New York.

## **JURISDICTION AND VENUE**

5.      This action arises under 42 U.S.C. §§ 1983 and 1988 and the laws of
the state of New York.

6.      Jurisdiction lies in this Court over claims against Defendants under
its federal question and civil rights jurisdiction, 28 U.S.C. §§ 1331 and 1343.

7.      Jurisdiction also exists over state law claims against the Defendants
under 28 U.S.C. § 1367.

8.      Venue is proper in this Court under 28 U.S.C. § 1391 because
Plaintiff's claims arose within the Eastern District of New York.

## FACTS

9. Darwin D. Almanzar being stopped by police while travelling westbound on Interstate 495 around or near exit 62. This stop occurred at approximately 9:05 P.M.

10. Mr. Almanzar was ultimately placed under arrest and handcuffed with his hands behind his back. After being handcuffed, Mr. Almanzar was violently kicked to the ground by Officer Christopher Weiner.

11. On the drive, he requested that Weiner loosen his handcuffs repeatedly.

12. He was taken to the 4th Precinct.

13. When he stepped out of the police vehicle, the officers had a TASER pointed at him without justification.

14. At the Precinct, Officer Weiner pressed him up against the wall, pressing Mr. Almanzar's face into the wall for no reason, while he was in handcuffs.

15. As a result, Mr. Almanzar kicked his legs out.

16. Mr. Almanzar was then violently taken to the ground by Officer Mercurio, hitting his head against the wall.

17. Officer Mercurio then wound up and punched Mr. Almanzar in the face, rendering him unconscious and bleeding.

18. He was dragged into another room and placed in a spit bag and left to bleed without medical treatment.

19. He was then transported to St. Catherine of Siena Hospital.

20. While at the hospital, he was subjected to yet more police brutality.

21. Mr. Almanzar was on the first floor of the hospital, in a room he believed to be the emergency room, with the officers who arrested him.

22. While in this room, he asked the officers if they could loosen his handcuffs as they were too tight.

23. At this time, Officer Weiner approached Mr. Almanzar and tightened the cuffs.

24. Officer Weiner then grabbed Mr. Almanzar by the left thumb and broke the thumb.

25. He was then struck by Officer Weiner in the head.

26. All of the force was unjustified, gratuitous, and unnecessary.

**FIRST CLAIM FOR RELIEF**
**Excessive Force/Assault and Battery**
*Under New York State Law*

27. Plaintiff incorporates by reference the allegations set forth in all preceding and following paragraphs as if fully set forth herein.

28. Defendants used force against Plaintiff that was unjustified and objectively unreasonable, taking into consideration the facts and circumstances that confronted Defendants.

29. The types and levels of force Defendants used against Plaintiff were unjustified and objectively unreasonable, taking into consideration the facts and circumstances that confronted Defendants.

30. As a result of Defendants' acts and omissions, Defendants deprived Plaintiff of their federal, state, and/or other legal rights; caused Plaintiff bodily injury, pain, suffering, psychological and/or emotional injury, and/or humiliation; caused Plaintiff to expend costs and expenses; and/or otherwise damaged and injured Plaintiff.

31. Defendant County of Suffolk is responsible under the doctrine of *respondeat superior*.

### SECOND CLAIM FOR RELIEF
**Excessive Force Under 42 U.S.C. § 1983
and the Fourth Amendment**
*Against the Individual Defendants*

32. Plaintiff incorporates by reference the allegations set forth in all preceding and following paragraphs as if fully set forth herein.

33. Defendants used force against Plaintiff that was unjustified and objectively unreasonable, taking into consideration the facts and circumstances that confronted Defendants.

34. The types and levels of force Defendants used against Plaintiff were unjustified and objectively unreasonable, taking into consideration the facts and circumstances that confronted Defendants.

35. As a result of Defendants' acts and omissions, Defendants deprived Plaintiff of their federal, state, and/or other legal rights; caused Plaintiff bodily injury, pain, suffering, psychological and/or emotional injury, and/or humiliation; caused Plaintiff to expend costs and expenses; and/or otherwise damaged and injured Plaintiff.

WHEREFORE, Plaintiff Darwin Almanzar demands judgment against the above-captioned Defendants as follows:

a. For compensatory damages, jointly and severally, in an amount to be determined at trial, but not less than five hundred thousand dollars;
b. For punitive damages, jointly and severally, in an amount to be determined at trial;
c. For reasonable attorneys' fees, costs, and disbursements, under 42 U.S.C. § 1988 and other applicable laws;
d. For pre- and post-judgment interest as allowed by law; and
e. For such other relief as this Court deems just and proper.

Dated:     New York, New York
           January 4, 2023

                              WERTHEIMER LLC

                              By: _____
                              Joel A. Wertheimer
                              14 Wall Street, Suite 1603
                              New York, New York 10005
                              (646) 720-1098
                              joel@joelwertheimer.com

                              Ali Najmi, Esq.
                              Law Office of Ali Najmi
                              32 Broadway, Suite 1310
                              New York, NY 10004
                              T: (212) 401-6222
                              F: (888) 370-2397