# COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

March 10, 2025

Anne Y. Shields, U.S.M.J.
United States District Court – EDNY
100 Federal Plaza
Central Islip, NY 11722

   Re: <u>Almanzar v. County of Suffolk, et. al</u>
      23-cv-58 (AYS)

Dear Judge Shields:

As the parties have previously advised the Court, this matter has been settled. Pursuant to General Municipal Law §6-n(9)(b), insofar as the settlement amount of $200,000.00 (Two Hundred Thousand Dollars) exceeds the $25,000 statutory limit set forth by law, the settlement must be judicially approved prior to payment. Thus, attached for the Court's consideration are the following documents:

1. Letter from Plaintiff's Counsel, Joel Wertheimer, dated March 6, 2025 which confirms consent to the settlement;
2. Letter from Suffolk County Legislator Robert Trotta dated February 27, 2025 confirming approval of the settlement by the Ways & Means Committee of the Suffolk County Legislature; and
3. General Release signed by Plaintiff and Plaintiff's Counsel.

A proposed Order for the Court's signature is also attached.

Upon payment of the settlement, a Stipulation and Order of Voluntary Dismissal will be filed with the Court. Please advise if the Court requires any further information prior to approval of the settlement.

Thank you.

Very truly yours,

Christopher J. Clayton
Suffolk County Attorney
*/s/ Stacy A. Skorupa*
Stacy A. Skorupa
Assistant County Attorney

Encls.

**LOCATION**      **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**   **P.O. BOX 6100**      **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY** ♦ **HAUPPAUGE,  NY  11788-0099** ♦ **TELECOPIER (631) 853-5169**