

March 6, 2025

Honorable Anne Y. Shields, U.S.M.J.
United States District Court, E.D.N.Y.
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Almanzar v. County of Suffolk, et al.*
    Docket No. 1:23-cv-58 (AYS)

Dear Judge Shields:

Our firm represents the Plaintiff Darwin Almanzar, in the above referenced case. Please allow this letter to certify that the undersigned accepts the settlement offer of $200,000.00 (Two Hundred Thousand Dollars) on behalf of Plaintiff Darwin Almanzar.

Sincerely,

Joel Wertheimer

CC:

Stacy Skorupa, Esq.
Suffolk County Department of Law
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

Brian Mitchell, Esq.
Davis & Ferber LLP
1345 Motor Parkway
Islandia, NY 11749