# OFFICE OF THE COUNTY LEGISLATURE
## COUNTY OF SUFFOLK

**ROBERT TROTTA**
**LEGISLATOR, 13TH DISTRICT**



**59 LANDING AVENUE**
**SMITHTOWN, NY 11787**
**(631) 854-3900**
**FAX (631) 854-3903**
**e-mail: Robert.Trotta@suffolkcountyny.gov**

February 27, 2025

Susan A. Flynn
Deputy County Attorney
P.O. Box 6100
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

**Re: Darwin Almanzar *v* County of Suffolk, et al.**

Dear Ms. Flynn:

This letter will confirm that at the February 27, 2025 meeting of the Ways and Means Committee of the Suffolk County Legislature, settlement of the above captioned matter by the County's contribution of the sum of **$200,000.00 (two hundred thousand dollars)** was authorized.

Very truly yours,

Robert Trotta
Suffolk County Legislator
Chairperson, Ways and Means Committee