UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DARWIN D. ALMANZAR,

                                Plaintiff,

        -against-

COUNTY OF SUFFOLK, JOHN MERCURIO AND
CHRISTOPHER WEINER,

                              Defendants.

ORDER ISSUED
PURSUANT TO G.M.L.
§ 6-n APPROVING
SETTLEMENT

23-CV-58 (AYS)

P R E S E N T:  Hon. Anne Y. Shields, U.S.M.J.

WHEREAS, an application has been made to the undersigned by Defendants County of
Suffolk, John Mercurio and Christopher Weiner in the above-captioned action for an Order
approving a settlement of the action as against them pursuant to Section 6-n of the General
Municipal Law of the State of New York for TWO HUNDRED THOUSAND DOLLARS
($200,000.00),

Now, upon reading and filing:

a)    the letter of Assistant County Attorney, Stacy A. Skorupa, dated March 10, 2025;

b)    the General Release signed by Plaintiff, Darwin Almanzar;

c)    the letter of Plaintiff's attorney agreeing to settlement; and

d)    the letter of Robert Trotta, Chairman of the Suffolk County Ways & Means
Committee of the Suffolk County Legislature dated February 27, 2025 authorizing
settlement of the claim;

And it satisfactorily appearing to the Court from all prior proceedings had herein, that the
proposed settlement of TWO HUNDRED THOUSAND DOLLARS ($200,000.00) to be paid by

Defendants County of Suffolk, John Mercurio and Christopher Weiner is just, reasonable and in the best interest of Suffolk County and Plaintiff;

IT IS, therefore, on the application of Defendants County of Suffolk, John Mercurio and Christopher Weiner and with the consent of Plaintiff's attorney;

ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

ORDERED, that the settlement of the above-captioned matter for the amount of TWO HUNDRED THOUSAND DOLLARS ($200,000.00), inclusive of all costs, disbursements and attorney's fees, to be paid to Plaintiff Darwin Almanzar and his attorney, Joel Wertheimer, Esq., is approved, and the application for said approval is hereby granted.

IT IS FURTHER ORDERED that the within matter is hereby dismissed, with prejudice

SO ORDERED.

E N T E R:

                            _____

                                Hon. Anne Y. Shields, U.S.M.J.